### 26762.   ROBERTS et al. v. ROBERTS.

UNDERCOFLER, Justice. This appeal is from a judgment denying a motion to dismiss the appointment of an auditor. There is no certificate for immediate review. *Held:*

Assuming, without deciding, that the appointment of an auditor is an appealable judgment without a certificate of review, there is no provision for appealing the denial of a motion to dismiss the appointment. *Code Ann.* § 6-701 (a 3). Ga. L. 1965, p. 18; 1968, pp. 1072, 1073. See *Adamson v. Adamson,* 226 Ga. 719 (177 SE2d 241).

*Appeal dismissed. All the Justices concur.*

SUBMITTED OCTOBER 13, 1971—DECIDED NOVEMBER 5, 1971.

*Margaret Hopkins, H. G. McBrayer, James R. Venable,* for appellants.
*Herbert O. Edwards, William S. Rhodes,* for appellee.